UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CASE NO. 6:23-MJ-00089-01 |
|---|---|
| VERSUS | |
| ANGEL RAFAEL CARDONA | MAGISTRATE JUDGE DAVID J. AYO |

## MINUTES OF COURT:
### Initial Appearance

| Date: | 7/25/2023 | Presiding: Magistrate Judge David J. Ayo | |
|---|---|---|---|
| Court Opened: | 1:58 PM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 2:12 PM | Court Reporter: | Zoom Recording |
| Statistical Time: | 00:14 | Courtroom: | Zoom Recording |
| | | Probation Officer: | Michael Christy |

### APPEARANCES

| Craig Bordelon (AUSA) | For | United States of America |
|---|---|---|
| John M. Piccione (AFPD) | For | Angel Rafael Cardona, Defendant |
| Angel Rafael Cardona | | Defendant |

### PROCEEDINGS

**ORDER:**
These proceedings were conducted via Zoom Video Conference with the consent of all parties and under Federal Rules of Criminal Procedure 5(g) and 10(c).

Defendant knowingly and voluntarily waived right to be present for the Initial Appearance. The Court finds that the use of video conference to conduct this proceeding is warranted because this proceeding cannot be further delayed without serious harm to the interests of justice.

**BEFORE COURT OPENED:**
Defendant Interviewed by Pretrial Services Officer
Defendant Completed Financial Affidavit for Appointment of Counsel
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE ON:** Complaint
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights
Preliminary Hearing: Set for: 7/31/2023 at 10:00 a.m.
Detention Hearing: Waived

**ORDER:**
Pursuant to FRCrP 5(F), the government was ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and advised of possible consequences for failure to comply.

**NEXT:**
Preliminary Exam set for 7/31/2023 at 10:00 a.m., in Courtroom 7, Lafayette, LA before Magistrate Judge Ayo.

**RELEASE:**
Defendant is not contesting the government's Oral Motion for Detention at this time and reserves his right to a detention hearing should his circumstances change.

Defendant in Custody

Defendant is remanded to the custody of the U.S. Marshal Service pending preliminary hearing.

**ORDER:**
The government moved to amend the clerical error on the first page of the criminal complaint. The statute should state 18 U.S.C § 2422 (b). The Court granted the amendment.

The government moved to unseal the complaint, keeping the affidavit under seal. The oral motion to unseal is GRANTED and the affidavit is to remain under seal.

**FILINGS:**
Request for Appointment of Counsel
Financial Affidavit
Order Appointing Counsel
Due Process Protections Act Order
Order of Detention Pending Trial signed (AO472)